# MAYER | BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Richard Ben-Veniste**
Partner
T: +1 202.263.3333
RBen-Veniste@mayerbrown.com

November 15, 2022

<u>VIA ECF</u>

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. William Weiner</u>, 22 Cr. 19 (PGG)

Dear Judge Gardephe:

On behalf of defendant William Weiner in the above-captioned matter, we respectfully write to request permission for Dr. Weiner to travel outside his district to visit friends and family in Los Angeles and Oakland, California. He requests permission to travel between Sunday, December 4th and Sunday, December 11th.

Dr. Weiner's Pretrial Services officers, as well as the government, do not object to this request.

Thank you for your consideration of this request.

Respectfully submitted,

*[signature]*

Richard Ben-Veniste
Kelly B. Kramer
*Counsel to Dr. William Weiner*

**GRANTED.**

**SO ORDERED.**

Dated: November 29, 2022
New York, New York

*[signature]*

**HON. PAUL G. GARDEPHE**
U.S. District Court Judge

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).