UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>WILLIAM WEINER,<br><br>Defendant. | **ORDER**<br><br>22 Cr. 19 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, Defendant Weiner's supplemental brief in support of his motion for early return of Rule 17(c) subpoenas (Dkt. Nos. 109–110) is due by **January 10, 2023**. The Government's response is due by **February 10, 2023**. Defendant's reply, if any, is due by **February 17, 2023**.

Dated: December 20, 2022
       New York, New York

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge