UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

WILLIAM WEINER,

                  Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated at the April 28, 2023 conference in this matter, an evidentiary hearing regarding Defendant Weiner's motion for early return of Rule 17(c) subpoenas (Dkt. No. 109) will take place on **May 19, 2023 at 2:00 p.m. in Courtroom 705, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.**

Dated: New York, New York
     May 2, 2023

                           SO ORDERED.

                           _____
                           Paul G. Gardephe
                           United States District Judge