UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

WILLIAM WEINER,

Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated at the May 19, 2023 hearing in this matter, Defendant Weiner's post-

hearing brief is due by **May 26, 2023**.  The Government's response is due by **June 2, 2023**.

Dated: New York, New York
        May 24, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge