UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

WILLIAM WEINER,

           Defendant.

**ORDER**

22 Cr. 19 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

By **July 14, 2023**, the parties will file on the docket any written communication or document from Liberty Mutual directing Defendant Weiner to appear for an examination under oath. If the parties have no such written communication or document, they will so state in a letter submitted by **July 14, 2023**.

Dated: New York, New York
       July 14, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge