UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM WEINER,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In connection with the Government's pending motion to compel supplemental expert disclosure from Defendant William Weiner (Dkt. No. 309), the parties are directed forthwith to provide the Court with copies of (1) each of the MRI reports reviewed by Dr. Scott Coyne and Dr. Bryan Pukenas in connection with the preparation of their respective expert reports; and (2) the "clinical data" reviewed by Dr. Pukenas.  (See Govt. Br. (Dkt. No. 309) at 2)

Dated: New York, New York
       January 5, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge