UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM WEINER,

               Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant William Weiner's opposition to the Government's motions to preclude expert testimony from Dr. Bryan Pukenas (Dkt. No. 331) and to exclude legal opinion testimony (Dkt. No. 332) is due **January 9, 2024**.

Dated: New York, New York
       January 5, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge