UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM WEINER and
ARTHUR BOGORAZ,

                Defendants.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As stated at today's conference, the trial of this matter is adjourned to **Monday, January 22, 2024, at 9:30 a.m.** The trial will take place in Courtroom 318, United States Courthouse, 40 Foley Square, New York, New York.

        Defendant Weiner is directed to update the Court by **Monday, January 15, 2024, at 5:00 p.m.** regarding whether he intends to make any supplemental expert disclosures with respect to the proposed expert testimony of Thomas Bishop.

        Defendant Bogoraz is directed to respond to third party Allstate Insurance Company's motion to quash a subpoena served by Bogoraz on Allstate (Dkt. No. 362) by **Tuesday, January 16, 2024, at noon.**

Dated: New York, New York
       January 12, 2024

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge