**EXHIBIT LIST**

| EXHIBIT NO. | NAME |
| --- | --- |
| 1 | Weiner, William (Letter) |
| 2 | Weiner, Lois (Letter) |
| 3 | Weiner-Held, Rose (Letter) |
| 4 | Jacobson, Erica (Letter) |
| 5 | Schreier, Ashley (Letter) |
| 6 | Paleocostas, Sotiris (Letter) |
| 7 | Bishop, Thomas (Declaration) |
| 8 | Jacobson, Jeffrey (Letter) |
| 9 | Jacobson, Martin (Letter) |
| 10 | Schreier, Daniel (Letter) |
| 11 | Tice, Nancy (Letter) |
| 12 | Chernoff, Stephanie (Letter) |
| 13 | Partman, Rochelle (Letter) |
| 14 | Acriche, Landon (Letter) |
| 15 | Weiss, Richard (Letter) |
| 16 | Acriche, Maurice (Letter) |
| 17 | Miller, Marilyn (Letter) |
| 18 | Kingon, Alfred (Letter) |
| 19 | Kingon, Jackie (Letter) |
| 20 | Daniel, Lawrence (Letter) |
| 21 | Soskel, Neil (Letter) |
| 22 | Rothpearl, Allen (Letter) |
| 23 | Lisann, Neal M. (Letter) |
| 24 | Topiel, Martin (Letter) |
| 25 | Berger, Lisa (Letter) |
| 26 | Mirsky, Chana (Letter) |
| 27 | Nikravesh, David (Letter) |
| 28 | Rusinowitz, Alex and Sharon (Letter) |
| 29 | Acriche, Ann (Letter) |
| 30 | Schreier, Benjamin (Letter) |
| 31 | Alderman, Steve (Letter) |
| 32 | Weingarten, Eva (Letter) |
| 33 | Berger, Morey (Letter) |
| 34 | O'Hare, Robert (Jr.) (Declaration) |
| 35 | Kimmelman, Ned (Letter) |

**EXHIBIT LIST, cont'd**

| EXHIBIT NO. | NAME |
|---|---|
| 36 | Acriche, Ian (Letter) |
| 37 | Acriche, Samantha (Letter) |
| 38 | Antanesian, Rene (Letter) |
| 39 | Bier, Nathaniel (Letter) |
| 40 | Brody, Sam (Letter) |
| 41 | Drake, David (Letter) |
| 42 | Held, Marc (Letter) |
| 43 | Ikezi, Stanley (Letter) |
| 44 | Kalter, Edmond (Letter) |
| 45 | Murray, Paul (Letter) |
| 46 | Nafisi, Aron (Letter) |
| 47 | Partman, Sari (Letter) |
| 48 | Prager, Bruce (Letter) |
| 49 | Radin, Stephen (Letter) |
| 50 | Rusinowitz, Evan (Letter) |
| 51 | Rusinowitz, Louis (Letter) |
| 52 | Schulman, Elizabeth and Ariel (Letter) |
| 53 | Scully, Jessica (Letter) |
| 54 | Siegel, Amy (Letter) |
| 55 | Signet, Michael (Letter) |
| 56 | Silverberg, Audrey (Letter) |
| 57 | Silverberg, Lloyd (Letter) |
| 58 | Steingut, Theodore S. (Letter) |
| 59 | Traina, Frank (Letter) |
| 60 | Wallach, Caryl (Letter) |
| 61 | Wein, Sylvia (Letter) |
| 62 | Weiner, Bob (Letter) |
| 63 | Weiner, Bruce (Letter) |
| 64 | Weiner, Daniel (Letter) |
| 65 | Weisfeld, Jaime (Letter) |
| 66 | Wood, Cameron (Letter) |
| 67 | Ziegler, Brian (Letter) |
| 68 | Zimmerman, Cary and Rissa (Letter) |

766932924.1