EXHIBIT 1

Honorable Paul G. Gardephe,

I am writing to you to express how truly remorseful I am for my actions. Over the last two plus years, I have been haunted by the decisions I made that led to me writing this letter. I made false statements during EUOs and I filed tax returns with inflated expenses. I knew better than to do that. I have no one but myself to blame. I wish I could take it all back.

My actions have led to consequences far more painful than financial hardship. Lost income, difficulty getting employment, and legal bills take a back seat to what this has done to my family. I am traumatized by what I have done to them.

I was blessed by meeting and marrying my wonderful wife. She ignited in me the right path to take career-wise and together we raised three incredible, wonderful daughters. There is no punishment worse than seeing how this has affected them. My wife of forty years has suffered. I see the sadness in her face only rivaled by the loss of her sister to breast cancer. She has lost her appetite, suffers from headaches and sleeplessness. She has lost friends and has been the undeserving object of gossip and ridicule. Together we cope by caring for our 3 young grandchildren and her 91-year-old mother. We are with her daily and I help her with her medications and daily insulin shots. It saddens me immensely to think of how I have disappointed her and brought unnecessary stress to someone of her age.

My oldest daughter Rose suffered a miscarriage after the indictment. I carry this weight with me. She too has sleep problems and headaches. My second daughter Ashley has had dealings with anxiety in the past. These events have triggered significant relapses. My youngest daughter Erica who is an attorney, has been a rock on the outside, and helps us all deal with the ebbs and flows of these events. She wants to start a family, but the stress that my actions have caused her have prevented that—even several IVF treatments have failed. I cannot begin to forgive myself until she is blessed with a child.

I am also devastated to think of the negative public perception of the medical community that my actions have caused. The case was in the press and news traveled fast among my colleagues and acquaintances. I feel great shame when I see how some medical professionals now view me.

I have dedicated my life to my family, as well as to my community. I have strived to be a good physician. People in my family depend on me. In addition to my immediate family, my adult first cousin who is on the Autism spectrum is dependent on me. I am his legal guardian. His parents, my aunt and uncle are elderly and cannot do for him. He has brittle diabetes and is now legally blind. He is also dealing with a significant foot ulcer and cannot bear weight. He until recently was able to work; he is a brilliant pianist. But he now has significant medical, financial and social needs since he cannot return to his job. Without my visits to him, he would have little left in his life to get him through.

Your honor, I ask for mercy. I wish I could take back all that I have done. I feel terrible grief over all of my decisions and actions and the damage they have done to my family. I hope you will consider a sentence that allows me an opportunity to maintain my license so I can contribute to society as a radiologist. I know I have a lot more to give, to help others, and I know I will never again make an error

in judgment like the ones I made here. I respectfully ask that you please consider my family as well as I have punished them enough.

Thank you for your time and consideration of my statement.

Respectfully,

William Weiner