May 18, 2024

Honorable Paul G. Gardephe,

I am writing to you today to let you know a little more about Bill Weiner. I am his wife of over 40 wonderful years. We have raised three very accomplished daughters, all Cornell University graduates. Rose is a radiologist, Ashley is an oncologist and Erica is an attorney.

When I met Bill over 42 years ago, he was a marketing director for a graphic arts company. He had gotten an MBA from NYU and he felt that he had chosen the wrong path. One day he told me that his dream was to go to medical school and follow in the path of his father and two grandfathers.

So we took out student loans and I supported him while he attended medical school for 4 years. It wasn't easy, he was 28 years old and one of the oldest members of his class. After graduating medical school, he completed an internship, radiology residency, neuroradiology fellowship and body imaging fellowship. It took him a total of 11 years to become a board certified radiologist. We started a family while Bill was in his last year of medical school and I gave up my career to be a stay-at-home mother, because child-care was not financially feasible.

Over the years, Bill had many hospital jobs, private practice jobs and frequently worked extra overnight and weekend shifts to provide for our family. In fact Bill never had only one job. He always juggled two or three jobs at any given time. He always worked about 60-80 hours a week between the different jobs. He also worked in the clinic of his medical school for over 10 years, teaching the medical students radiology.

Bill is a very driven and hard worker. He never complained that he worked so much. Being a radiologist was his passion and his dream. He was happy to finally be practicing medicine, which he always wanted.  He strived to become an expert, always reading journals and constantly learning, taking courses to become the best radiologist he could. As the years went on, he became known amongst many attorneys who would call him to be an expert witness in malpractice cases.

Sometimes while reading a routine MRI or CT scan, he would find an incidental finding that would save the patient's life. In fact, throughout our life, so many times at various restaurants, parties, theaters and airplanes, there would be an announcement asking if there was a doctor present, and Bill would quickly run to volunteer, always wanting to do all he could to help whoever needed it.

Recently, at our daughter's wedding, an elderly guest fainted, and Bill was the first to run over in his tuxedo. It was Bill's decision to delay the wedding for an hour until the ambulance arrived, and until he knew the guest was okay and being treated. This guest was not someone Bill had known prior, as he was from our son-in-law's side. This just shows the compassion and caring side of my husband.

Bill is very ambitious and always made a nice living with his many jobs. However, a few years ago, an opportunity arose where Bill could open up his own practice. It was always a dream of Bill's to run his own practice. So we hired many attorneys whose specialties ranged from healthcare to real estate, to ensure everything we did was legally executed and compliant.

Our attorney was Russell Friedman and he set up all of the funding arrangements. It was a factoring agreement, and we were told by our counsel that it was common in medical practices to do this, because money from reimbursements take 6 months to 5 years to come through. Our operating expenses were between $150,000 to $175,000 a month and we did have that money without a funder behind us. So we had an arms-length agreement with MRC, that they were going to be our funder.

We hired an accountant, Albert Haft. I managed the checkbook and worked very closely with him.  Every quarter he came to my house and we sat together and I would explain all of the checks I wrote and he would work on quickbooks from this information. He never explained anything about quickbooks and I never learned how to use it.  I gave him all the monthly bank statements, and there were two checkbooks. The blue checks were for the operations and deposits. The yellow checks were for personal expenses. In 2019 we started construction on an office in the Bronx, and all the Bronx checks were green. I always gave Albert a list of all our personal expenses that I used a Nexray check for. It was made transparent to Albert Haft what I used for personal expenses. I also gave him copies of any checks that were used for any large personal expenses. Our understanding was that it was okay to use Nexray for personal expenses. I remember Albert saying that it was "your money to use". Bill took a very small salary at the beginning of opening the practice.

Opening up our own practice also involved taking out loans that totaled over 2.5 million dollars. They all had personal guarantees. Our office was a state of the art facility, we were ACR accredited, we had a PACS system and all new radiology machines. We offered healthcare to our employees and a pension plan. Our office manager Steve made a six-figure salary.

After one year of operations in Howard Beach, Queens, Bill decided to start construction on a new office in the south Bronx. This is an underserved population that needs more imaging offices. There was no PET/CT scanner at the time in that area. Bill had meetings with business development people at Montefiore hospital. He thought he would grow our operations there and eventually include a breast center where our two daughters could work. Building his legacy was something he has always wanted.

In March 2021 at 6:30 am, our doorbell rang and we were served with subpoenas. The FBI agent told Bill that they are investigating Bradley Pierre and that Bill was not a target. We were shaking and confused. Bill immediately called our healthcare attorney Russell Friedman, who had introduced Bill to Bradley originally, and who had drawn up all of our business agreements. We set up an appointment and both Bill and I went right to see him. Russell reassured us that we have an arms-length agreement with Bradley and that everything is legal and we do not have anything to worry about. We never had any run-ins with the law, we did not know what any of this meant, but Russell assured us that we were doing everything legally, and that Bill was running a legitimate medical practice.

Since one subpoena had to do with tax, we were concerned, frightened and scared. We did not do our own taxes but we trusted our professional CPA Albert Haft. So we frantically called Albert Haft and asked him if he had deducted all our personal expenses appropriately and he said "yes of course, don't worry, this is all about Bradley, not you."  We then hired an attorney named Larry Krantz, to get all of the requested documents together. After a few months, we did not hear another thing, and then Bill got indicted. Our lawyer Larry said he was blindsighted and did not see this coming. Usually he said there is a warning when your client is going to get arrested.

As I sit here today writing this letter I still cannot figure out how we got here. Bill is an honest man and not a risk-taker nor a gambler. In fact, he has never gone to a casino, because he would always say I work too hard for my money to throw it away. Bill would never have gone into any of these legal agreements with Bradley Pierre if he knew there was any risk involved.

Bill is a very compassionate and caring person and doctor. He does not hide behind the computer as a radiologist. He calls patients to explain findings and results. From his patients to our friends and family, he is always helping someone. Over the years friends and family would tell Bill about an ailment of theirs and Bill without hesitation would insist on seeing copies of their scans and reports and he would make calls to their doctors to help them navigate the medical nuances of whatever they were going through.

Your honor I ask you today for leniency on Bill's sentencing. These past two and a half years have changed my husband tremendously. Bill has suffered emotionally and mentally. He is no longer his witty self. He suffers from anxiety and depression. He has suffered pain from salacious headlines that humiliated him before everyone he ever knew. He has brought shame and embarrassment to our family and all those around him. He is having a difficult time not being able to work and practice medicine, his lifelong dream and passion. This is making him very sad and he feels worthless. Bill is a good person and he always relied on legal advice. Bill would never knowingly break the law. He has so much more to give to others. He is a healer above all else and if this is taken away, it would be devastating. People deserve second chances.

Bill is a very trustworthy and honest person. He trusts everyone and everything they tell him. This at times makes him very naive. But he deserves a second chance. I urge you to look at everything he has done in his life. He has given so much to so many throughout his life, if you would please take that into account and grant leniency, he has so much more to give. Bill is a value to the community and the people around him. A harsh punishment would be detrimental to his health and to society. Why should someone who has so much to offer not be able to fulfill his obligation as a physician?

Thank you for your time.

Respectfully,

Lois Weiner