May 15, 2024

**VIA ECF**

Hon. Paul G. Gardephe
Thurgood Marshall
U.S. Courthouse
40 Foley Square
New York, NY 10007

     *Re: United States v. William Weiner, Case No. 1:22-cr-00019*

Your Honor,

     My name is Jeffrey P. Jacobson and I am an attorney duly licensed to practice before this Court. I write this letter not in my capacity as an attorney, however, but instead as Dr. William Weiner's son-in-law. I respectfully request that you show leniency in determining Bill's sentence.

     I met Bill in 2016 when I began dating my wife, Erica, Bill's youngest daughter. From the start, Bill warmly welcomed me into his family. First as a law student and then as an attorney, Bill has always provided me with the encouragement and support that I needed to succeed. He is always willing to listen to my problems and lend his advice. I recall being inspired by his drive when I first began dating my wife and I have striven to work as hard on behalf of my wife and family as he has worked on behalf of his. And I have always been impressed by how Bill imparted his tenacity to his three daughters, Rosie and Ashley, both doctors, and Erica, an attorney. Bill takes much deserved pride in their success.

     Over the last eight years, Bill and I have bonded over our shared love of sports (while he's a Met and Jet fan and I'm a Yankee and Giant fan, that never got in the way of our relationship, it simply meant we had twice as many games to watch together), spicy food (Bill's wife and daughters have zero tolerance for any spices whatsoever; Bill and I are the opposite), and most importantly of all, family.

     Bill is the glue that holds his family together. Here are a few examples of Bill's enormous impact on the lives around him that I've observed.

     Bill's 91-year-old mother-in-law Marilyn – who everyone affectionately calls "Barr" – lives around the corner from Bill and his wife Lois. In fact, Bill originally found the house for Barr because he wanted her close by so that he could help her on a daily basis. While Barr's three daughters live within minutes of her as well, Bill is the one constantly shuttling back-and-forth to help Barr whenever she needs a hand, not to mention medical advice.

     Besides my wife, Erica, Bill has two other daughters: Rosie, married to Marc, and Ashley, married to Dan. Both Marc and Dan faced similar difficulties in life: Marc's parents divorced when Marc was a toddler; Dan's father passed away when Dan was a teenager. Immediately upon meeting Marc and Dan, Bill became a surrogate father for the two of them, treating them both as if they were his sons. Bill's career advice and opinions about everything from where to live (Marc

and Rosie now live across the street, as Bill suggested) and what type of car to drive (Dan and Ashley bought an SUV, as Bill recommended) mean more to Marc and Dan than anyone else's, outside of their respective spouse's opinions.

Bill's sister-in-law Charlotte (younger sister to Bill's wife Lois) passed away in 2012.  I have observed Bill spend countless hours mentoring Charlotte's three now-grown children.  Their success in life is in no small part due to Bill's active interest in their education and upbringing.

Bill is legal guardian to his younger cousin, Michael, who is legally blind and on the Autism Spectrum.  Bill's supervision and advice is integral in keeping Michael safe and helps Michael lead a meaningful life.

Bill also treats my parents and my siblings – and their spouses and children – like his own family. Bill has opened up his home to my family on numerous occasions.  When Bill interacts with my brother's and sister's children, he treats them with the same love and affection that he treats his own grandchildren.

The last few years have not been easy for our family.  Bill's indictment has taken a heavy emotional toll on each of us.  But through it all, Bill has remained the same dependable, caring person.  As someone who already loved Bill before this episode in our lives began, I have developed a deeper appreciation for him since the indictment, which has only further demonstrated his character.  And his accountability and remorse for his actions only strengthens my view of him.

I hope these words provide you with some assistance in making your sentencing determination and I appreciate your attention to this matter.

Sincerely,

*Jeffrey P. Jacobson*

Jeffrey P. Jacobson