May 13, 2024

Dear Honorable Paul G. Gardephe

I am writing to you today in support of my brother, William Weiner who is currently facing sentencing. I am reaching out to you to provide some insight into his character and the positive impact he has had on those around him throughout his life.

My brother is not only an outstanding husband and father, but he is also a beloved member of his community with many friends who respect and admire him. He is a devoted husband who always puts his family first and goes above and beyond to provide for them. His children are his pride and joy, and he is actively involved in their lives, supporting them in every way possible.

In addition to being a loving family man, my brother is also very connected to the community. He is always willing to lend a helping hand to those in need and has a reputation for being a kind and compassionate individual. He has built strong relationships with his peers, colleagues, and neighbors, who all speak highly of his character and integrity.

I believe that my brother's strong ties to his family, friends, and community should be taken into consideration when determining his sentencing. While he may have made mistakes in the past, I truly believe that he has learned from them and is committed to being a better person moving forward.

Although he pled guilty and accepts full responsibility for his actions, I don't believe that he intentionally set out to break the law. It appears that he may have been more inexperienced, failing to delve deeper when faced with an opportunity that appeared overly favorable.  His remorse and willingness to make amends should be taken into consideration when determining an appropriate punishment. It's important to remember that good people can make mistakes, and it's our job to help them learn and grow from them.

I kindly ask for leniency in my brother's sentencing and urge you to consider the positive impact he has had on those around him. I am confident that with the support of his loved ones and the community, he will continue to make positive contributions and lead a fulfilling life.

Thank you for taking the time to read this letter and for considering my brother's case. I have faith that you will make a fair and just decision.

Sincerely,

*Nancy Tice*

Nancy Tice