Stephanie Weiner Chernoff



May 9, 2024

The Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe,

I write on behalf of my uncle, William Weiner, whom I have known my whole life as my Uncle Billy. I know that Billy has pleaded guilty to health care fraud and the defrauding of the United States through tax fraud. I am writing to offer a glimpse of who Billy is as a person and as a family member, which is far more than the offenses he has pleaded guilty to.

Growing up, my father's large family gathered often for holidays and family get-togethers. Uncle Billy was always affectionate and quick with a joke. He was devoted to his three daughters, my cousins, with whom my sister and I played long, free-ranging games of hide-and-seek. As I grew older, I saw how Billy prioritized family and went out of his way to bring our family together even as life took us in different directions, always reaching out to make sure we would be making our way home for events big or small or to congratulate us on achievements.

I share one memory from my childhood, as an example of Billy's thoughtfulness. My sister's bat mitzvah took place shortly after my grandmother (Billy's mother) died unexpectedly at the age of 68 from a brain aneurism. What should have been a joyous event was unusually somber, and my sister missed some of the celebratory traditions that would normally have taken place, including being lifted by family members up in the air in a chair as family and friends danced the hora around her. A couple of years later, at my cousin Rosie's bat mitzvah, Billy made sure my sister got lifted up in a chair along with Rosie, remembering that she had missed this at her own celebration. Now an adult, she has never forgotten this kindness. This is just one example of the kind of devotion to family and friends that Billy has shown throughout my whole life.

Thank you for taking the time to consider my letter. Please do not hesitate to contact me if I can offer any further information.

Respectfully submitted,

*Stephanie Weiner Chernoff*
Stephanie Weiner Chernoff

*Note: I write this letter in my individual capacity and it reflects my personal views only. I am not acting on behalf of the Internal Revenue Service, the IRS Office of Chief Counsel, or the Department of Treasury.*