**Schrock, Roberta A.**

| | |
|---|---|
| **From:** | richard weiss <richardweiss222@gmail.com> |
| **Sent:** | Thursday, May 9, 2024 5:31 PM |
| **To:** | Sinnott, William |
| **Subject:** | William Weiner, D.O. |

**CAUTION:** External Email - Only click on contents you know are safe.

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

DearJudge Gardephe:

I write on behalf of William Weiner, D.O. for the purpose of providing background information on Dr. Weiner's character and to request this court consider maximum leniency when reviewing this matter.

I have known Dr Weiner for the past 14 years and after spending much time with him and his wife Lois, it is quite apparent that the two most important things in his life are his family and his practice of medicine.

Dr. Weiner is the proud father of three accomplished women who he supported through college and graduate school. Daughter Erica is an attorney at Price Waterhouse in Manhattan, while his other two daughters are both physicians.  Daughter Ashley is a breast oncologist at Weil Cornell Hospital and daughter Rosie is a breast radiologist at Lennox Hill Radiology.  Dr. Weiner spends most of his free time with his family and babysitting for his grandson who lives around the corner from his home.

The practice of medicine was ingrained in the Weiner family by Dr. Weiner's father who was also a radiologist when the specialty of radiology was in its infancy.  I have spent much time in my life with other radiologists and I can state categorically that there is not a more caring, dedicated, hard working radiologist than Dr. Weiner.  While the typical radiologist interprets a film and dictates a report without becoming personally involved with the patient, Dr. Weiner makes the extra effort to assure that the patient is promptly advised of the results and is given every opportunity to discuss the report .  On a personal note, my wife recently had an unsatisfactory mammogram performed at a local hospital.  Dr. Weiner spent considerable time, not as the reading radiologist, but as a friend, to explain the findings and treatment options for my wife to consider. I am also personally aware that in a prior job, Dr. Weiner was frequently called on to mentor junior physicians and to provide second opinions of the interpretations performed by junior staff.

In conclusion, I ask that this Court consider a penalty that does not negatively impact Dr. Weiner's medical license and his ability to continue to practice medicine in the future .

Respectfully submitted,

Richard J. Weiss