## Schrock, Roberta A.

| | |
|---|---|
| **From:** | Maurice Acriche <macriche62@gmail.com> |
| **Sent:** | Tuesday, May 7, 2024 10:22 PM |
| **To:** | Sinnott, William |
| **Subject:** | Dr William Weiner |

**CAUTION:** External Email - Only click on contents you know are safe.

To The Honorable Paul G. Gardephe

I am writing to you on behalf of Dr. William Weiner or as I know him "Billy". I am one of his brother-in-law's and I have known Billy for 37 years. When I first met Billy, he was a struggling medical student with a wife and 2 infants. I mention this because they are the two things that make up his core, his profession and family. Billy is the son of two doctors, has two siblings that are doctors and his two oldest daughters are doctors. I include this because of the high regard that Bill has for the medical profession and for those that practice medicine, he holds them in high esteem. He has over the years offered his assistance to myself, my family and friends who are in need of a medical consultation. This was always done as a friend to another friend. In at least 2 occasions, Bill was possibly responsible for saving the individuals lives by reading over film and seeing something that the attending technician had failed to see. I have had the opportunity to know some of Bill's colleagues. The most common words spoken when they described Bill as a professional was intelligent, and always willing to consult with another physician. One colleague said that "Bill is not about the numbers" but relished the challenge to research and help others in need.

Bill's giving is not limited to just medicine. When one of our sisters-in-law passed away in her early 50s, our brother-in-law was understandably down and lost. It was Bill who helped him find his footing and financed him in a new business. He knew of the risk but still put his faith and confidence in our brother-in-law. It was exactly what he needed and to this day he gives Billy the credit for helping him get back on track.

There is so much more that makes Bill, Bill. As an uncle to 17 nieces and nephews, Bill always finds a way to engage them in a conversation of their interest and areas where they excel. He is always the first to offer congratulations, or a job well done when acknowledging one's accomplishments. Whether it be excelling in a class, acceptance to a school, an athletic accomplishment, or an achievement in the arts, Bill reacts as if they were his own kids that have succeeded.

It is a difficult thing for me to put into words a relationship of 37 years and to speak about Bill's interaction with myself and others. There is so much that can and should be spoken about Bill's many qualities. I know that for those that have known him, both in the past and present, are better because of it. I also know that Bill as a person has so much more to give and I hope that you will give him the opportunity to do so.

Thank you for this opportunity to tell you about Billy.

Sincerely,

Maurice Acriche