FROM THE DESK OF
## Alfred H. Kingon

January 17, 2024

Hon. Paul Gardephe
United States Court House
40 Foley Square
New York, NY 10007

Your Honor,

I am pleased to acknowledge my wife's nephew, Dr. William Weiner, her older sister's third child.

I married my wife in 1962, so I have known Billy for over 60 years. He is very smart, is knowledgable in his field of radiology and has been well regarded by patients and peers.

Because of his honesty and integrity that we know him to have, we have chosen him above all other members of our family, to be the legal guardian of our handicapped son, Michael.

He is happily married with two daughters who are medical doctors and one a lawyer.

Sincerely yours,

Alfred H. Kingon

Former Ambassador to the European Communities

Former Assistant to President Reagan and Secretary of the Cabinet