**Gmail**                                                  William Weiner <drbweiner@gmail.com>

---

## new letter

**Jackie Kingon** <jackiekingon@aol.com>                              Mon, May 6, 2024 at 2:44 PM
To: Billy preferred <drbweiner@gmail.com>

He is what I sent. I hope it helps a lot.

May 6, 2024

Dear Honorable Paul G. Gardephe,

My husband, Ambassador Alfred H. Kingon, has written a letter of support to you but as William Weiner's aunt, who has know him since birth, I am in a state of wonderment concerning charges against Billy as they seem so out of character to me.

Of all the members of our family, even as a child, he was the most compassionate and considerate and that has not changed.
As a result, he is the court appointed legal guardian of our legally blind son Michael who is on the autism spectrum. This is not something taken lightly as there are many others whom we might have chosen.
He is very much needed to enhance Michael's life.

Please add my voice of support to my nephew Dr. William A. Weiner, an all around and extremely trusting (perhaps too trusting) individual.

Sincerely,

Jacqueline J. Kingon