Benjamin Schreier

bschreier@gmail.com

May 22, 2024

Dear Judge Gardephe,

My name is Benjamin Schreier, and I am writing this letter to offer my support for Dr. William Weiner and to provide insight into his character. As a current service member of the United States Army, and a former service member of the United States Marine Corps, I feel I have a unique perspective into assessing one's moral character. I have known Bill since 2016 when my brother, Daniel Schreier, began dating his daughter, whom he married in 2018. Over these years, I have come to deeply respect and admire Bill for his compassion, integrity, generosity, and unwavering support for those around him.

Bill has consistently demonstrated a level of care and dedication that is truly remarkable. He is a devoted family man who places great importance on his relationships. This is evident in the way he interacts with his daughters, their families, and his extended circle of friends and acquaintances. His involvement in family life is not just limited to the big moments; he is there for the everyday events, providing support and guidance whenever needed.

One instance that stands out to me personally occurred in early 2023. I was experiencing severe back pain and had become almost immobile. Bill took the time to recommend his own spinal doctor, ensuring that I received the best possible care. His intervention made a significant difference in my recovery, and I am now able to lead a much more active and pain-free life. This experience is just one example of his willingness to go above and beyond for others.

Bill's professional conduct as a physician is equally commendable. He is known for his thorough and thoughtful approach to patient care. Unlike many in his field, Bill takes the time to explain medical procedures and results in a way that patients can understand, providing them with the reassurance and knowledge they need during difficult times. His patients, colleagues, and even those he helps informally, like myself, all speak to his exceptional dedication to medicine.

Socially, Bill is a pleasure to be around. I have enjoyed his company at numerous family gatherings where his warmth, humor, and genuine interest in others shine through. He is the kind of person who leaves a positive impact on everyone he meets. His kindness extends beyond his immediate family; he is always willing to lend a hand or offer advice to friends and acquaintances, regardless of the situation.

In conclusion, I respectfully ask the Court to consider the entirety of Bill's life and character when making your decision. While his recent legal issues are serious, they do not define the man I know. Bill is a compassionate, caring individual who has positively impacted countless lives through his personal and professional actions. I believe that a fair and just sentence should take into account his lifelong dedication to helping others and his overall character. Thank you for your time and consideration.

Respectfully submitted,

*Ben Schreier*

Benjamin R. Schreier