# Schrock, Roberta A.

| | |
|---|---|
| **From:** | Nathaniel Bier <nbier23@gmail.com> |
| **Sent:** | Wednesday, May 15, 2024 11:12 PM |
| **To:** | Sinnott, William |
| **Subject:** | William Weiner |

CAUTION: External Email - Only click on contents you know are safe.

Honorable Paul G Gardephe,
In 1973 I moved from Mexico City to NY.
I attended Hewlett High School for my senior year.
Needless to say I did not know a single person .
Billy was the first one to befriend me and we stayed friends through college. He always included me in his activities with friends and family.
After college we lost touch as I have moved to Israel.
In 1996 my father passed away and in 2000 my mother started dating Billy's father and got married.
So from the year 2000 until 2015 we saw each other quite often.
I remember Billy always working long hours and moonlighting. He did everything for his wife and kids.
He lived a very conservative life and was a good family man.
If there was a medical question he was always available and helpful.
His father Dr Melvin Weiner was a great person.
He was a radiologist and brought up his kids to be respectful and polite to people.
Billy always looked up to his father and wanted his dad to be proud of him. This was of utmost importance to him.
He was also very respectful to my mother and his kids were as well which was greatly appreciated.
I hope these character references are helpful.
Sincerely
Nathaniel Bier


Sent from my iPhone