May 18, 2024

Letter of Support for William Weiner

Elizabeth and Ariel Schulman

[REDACTED]

Dear Honorable Paul G. Gardephe,

We are writing to you today in support of our uncle, William (Billy) Weiner, who has recently found himself in legal trouble. We are aware of the case against him and feel compelled to share some important context that may shed light on his character and intentions.

First and foremost, we want to emphasize the profound impact that Billy has had on our entire family, particularly on the two of us who are also physicians. Throughout our journey to becoming physicians, Uncle Billy has been a pillar of emotional support. He has consistently encouraged our pursuit of excellence, offering guidance and assistance whenever needed and always telling s great joke to make us smile even in the hardest times. His has been a role model as a physician in his ability to balance his professional and personal life. His belief in our abilities has been instrumental in our success, and for that, we are immensely grateful.

Uncle Billy's dedication to his entire family extends beyond mere words. His is the backbone to so many. He is a loyal husband, proud father of three daughters – two of whom are now accomplished physicians and one whom is a lawyer, a devoted grandfather, and so much more. He has always prioritized everyone's' well-being and happiness above all else.

We respectfully request that you take into account the positive impact Uncle Billy has had on the lives of those around him and consider leniency in your sentencing.

Thank you for taking the time to consider our perspective. Should you require any further information or clarification, please do not hesitate to contact us.

Sincerely,

Elizabeth Schulman, MD
Ariel Schulman, MD