## Schrock, Roberta A.

| | |
|---|---|
| **From:** | Weiner, Robert <Robert.Weiner@nyulangone.org> |
| **Sent:** | Friday, May 10, 2024 11:22 AM |
| **To:** | Sinnott, William |
| **Subject:** | William Weiner DO |

**CAUTION:** External Email - Only click on contents you know are safe.

Honorable Paul G Gardephe
United States district Court
Southern District of New York
40 Foley Square
New York, NY 10007


Dear Judge Gardephe:

   As Billy's older brother and closest sibling, I am requesting that he be shown leniency and grated probation.

I have read many of the letters sent, and can't match many of their eloquent words.
However, what I can impress upon you is what a fantastic human my dear younger brother is.
For decades, he has been the moral compass and role model of family love, for all of us, despite two older and successful brothers.

Long ago, I have come to envy his amazing abilities and love for all.
In addition, as has been strongly pointed out, he has been shunned and living  a nightmare since January of 2022, from many charges that have been dropped, but others will view
him as guilty of.

I don't in anyway mean to diminish the charges he plead guilty to, but would really like to impress upon you his remorse and willingness to make financial amends.
In closing, Billy is a star in a family filled with doctors, lawyers, and even a prominent Judge.
It would be devastating to us all, if he were to be denied continuing medical practice and further humiliated by incarceration.

Sincerely,

Bob Weiner