# BRUCE L. WEINER
# SUSAN B. LEBOFF

███████████████

May 8, 2024

Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

      **Re: Bill Weiner**

Dear Judge Gardephe:

      We are writing to you in support of our brother and brother-in-law, Bill Weiner, and respectfully request that you consider this letter when you determine his sentence in his case. Bruce writes this letter not only as his older brother, but also as an attorney admitted to practice before this Court since 1980. Until August of 2023 Bruce was a partner in a law firm that maintained an office to practice law in New York City. Most of his cases were before the Bankruptcy Court, both in the Southern and Eastern Districts of New York. Susan was a lawyer for the Federal Government. We are writing to discuss not only his personal character, but also Bruce's knowledge of his professional and business career.

      On a personal level, we have watched Bill mature into an amazing husband, father, and grandfather to a loving family. He has been actively involved in the lives of his children, and now grandchildren, and they depend on and rely on him for love and support. He is well known in the community for his compassion and kindness and willingness to help others. I have met many of his friends and everyone speaks highly of him. He has always been a hard working family man, someone that puts his family first.

      Bruce was involved in his professional business dealings. Although other lawyers represented him in negotiating and signing leases and contracts, he consulted Bruce and had him review everything and discuss everything before Bill entered into a lease or contract. Bruce knows that Bill was the only person who entered into the negotiations and knows that he personally guaranteed most of his business obligations. From discussions with him and some of his lawyers, Bruce learned that he always was in compliance with his obligations contractually and legally. Bruce knows of his issues with leasing companies and vendors and knows that he settled with them using only his funds. We know that it is important to him to take responsibility for his debts and obligations.

      From discussions with him we know that he feels genuine remorse about his actions and

takes full responsibility for them and to make amends for them. WE do not think he intended to break any laws, but relied on business colleagues that he trusted which caused him to not ask enough questions.

    We respectfully request that you show leniency in Bill's sentence and take into account the positive impact he has had on his family and friends. Good people can make mistakes and we believe that Bill has learned from his and that he will continue to make positive contributions to his family and society especially with the support of his family and friends. Thank you for taking the time to read and consider this letter in making the difficult decision of what sentence to impose in this case.

                              Respectfully,

                         Bruce Weiner & Susan Leboff