**EXHIBIT D**

| | |
|---|---|
| **Sent:** | Wed 4/29/2020 4:43:08 PM (UTC) |
| **Subject:** | Re: Financials |
| **From:** | William Weiner <drbweiner@gmail.com> |
| **To:** | Daniel Schreier <daniel.schreier@centralizedappeals.com> |
| **Cc:** | Brian Emigholz <brian.emigholz@fnbli.com>, Chris Hilton <chris.hilton@fnbli.com> |

Good afternoon,
The line item on the financial statement with respect to management fees encompasses the marketing costs necessary to maintain patient flow. Thank you.

Dr. W

On Fri, Apr 24, 2020 at 1:26 PM Daniel Schreier <daniel.schreier@centralizedappeals.com> wrote:

> Good afternoon Brian,
>
> Attached please find a copy of the financial documents you requested from Dr. Weiner. Can you please review? Dr. Weiner is also ready to set up a business account, can you please set him up?
>
>
> Thanks,
> Dan
>
> Begin forwarded message:
>
>
> **From:** William Weiner <drw@soulrad.com>
> **Date:** April 24, 2020 at 1:11:43 PM EDT
> **To:** "Chris.hilton@fnbli.com" <Chris.hilton@fnbli.com>, Dan S <dlawsc@gmail.com>
> **Subject: Fwd: Financials**
>
>
>
> Updated financial info attached
> I don't have the other guy's email
> Again I'll switch my business account
> Curious if First is interested in taking over the existing loan from Valley
> Thanks
>
> ---------- Forwarded message ---------
> From: **Albert Haft** <alberthaft@gmail.com>
> Date: Fri, Apr 24, 2020 at 12:43 PM
> Subject: Financials
> To: William Weiner <drw@soulrad.com>
>
>
>
> Attached
>
>
>
> --
> **ALBERT HAFT, CPA**
> 3393 Long Beach Rd
> Oceanside, NY 11572
>         (516) 536-1001
> Fax (516) 536-0454
>
> Privacy Notice:  This message, and any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or exempt from disclosure under federal or state law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, the sender should be notified and this e-mail and all attachments must be destroyed.

--
William A. Weiner, D.O.

--
William A. Weiner