UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM WEINER,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant William Weiner's sentencing is adjourned from June 12, 2024, at 10:00 a.m., to **4:00 p.m. the same day**. The sentencing will take place in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 10, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge