

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

June 11, 2024

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. William Weiner*,
           S5 22 Cr. 19 (PGG)

Dear Judge Gardephe:

    The Government respectfully submits the attached letter from counsel for American Transit Insurance Company in connection with the sentencing of the defendant, William Weiner, scheduled for June 12, 2024, at 4:00 p.m.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

    by:    /s/
           Mathew Andrews / Qais Ghafary /
           Michael D. Lockard
           Assistant United States Attorneys
           (212) 637-6526 / -2534 / -2193

cc:    Defense counsel (by ECF)