**BRUCE L. WEINER**
**1600 NORTH OAK STREET**
**ARLINGTON, VIRGINIA 22209**

May 8, 2024

Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

      **Re: Bill Weiner**

Dear Judge Gardephe:

      I am writing to you in support of my brother, Bill Weiner, and respectfully request that you consider this letter when you determine his sentence in his case. I am a semi-retired partner in a law firm that until August of 2023 maintained an office in New York City. Most of my cases were before the Bankruptcy Court, both in the Southern and Eastern Districts of New York.
      Although other lawyers represented him in the negotiations, when Bill was opening his office a number of years ago he consulted me and had me review documents and discuss them with him before he entered into the real estate and equipment leases and contracts necessary to commencing that practice. I know that Bill personally guaranteed most of these business obligations. From discussions with him and some of his lawyers, I learned that he always was in compliance with those contractual obligations. I know of his issues with leasing companies and vendors and know that he settled with them. I know that it was important to him to take responsibility for those debts and obligations.
      From discussions with him I know that he feels genuine remorse about his actions and takes full responsibility for them and wants to make amends for them. I do not think he intended to break any laws, but relied on business colleagues that he trusted which caused him to not ask enough questions.
      On a personal level, I have watched Bill mature into an amazing husband, father, and grandfather to a loving family. He has been actively involved in the lives of his children, and now grandchildren, and they depend on and rely on him for love and support. He is well known in the community for his compassion and kindness and willingness to help others. I have met many of his friends and everyone speaks highly of him. He has always been a hard working family man.
      In particular, when my wife and I relocated to Virginia, Bill was willing to assume standby responsibility for our cousin Michael Kingon, who has special needs. My elderly aunt and uncle are in critical need of Bill's assistance in this regard.

      I respectfully request that you show leniency in Bill's sentence and take into account the positive impact he has had on his family and friends. Good people can make mistakes and I believe that Bill has learned from his and that he will continue to make positive contributions to his family and society especially with the support of his family and friends. Thank you for taking the time to read and consider this letter in making the difficult decision of what sentence to impose in this case.

Respectfully,

Bruce Weiner