

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Kelly B. Kramer**
Partner
T: +1 202.263.3007
kkramer@mayerbrown.com

June 28, 2024

<u>VIA ECF</u>

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>United States v. William Weiner</u>, 22 Cr. 19 (PGG)

Dear Judge Gardephe:

Undersigned counsel respectfully requests that the Court adjourn the *Fatico* hearing (now scheduled for July 25) to July 30 or thereafter to accommodate counsel's long-scheduled trip to visit family in southern Europe between July 20 and July 29.  Counsel apologizes for any confusion and inconvenience caused by this request. The Government consents to this request.

Thank you for your consideration of this request.

Respectfully submitted,


*/s/ Kelly B. Kramer*
Kelly B. Kramer
*Counsel to Dr. William Weiner*

CC: All Counsel of Record

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).