

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Kelly B. Kramer**
Partner
T: +1 202.263.3007
kkramer@mayerbrown.com

August 7, 2024

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     United States v. William Weiner, 22 Cr. 19 (PGG)

Dear Judge Gardephe:

As the Court knows, the parties have been engaged in extensive, good-faith discussions to narrow their differences as it relates to the sentencing of Dr. William Weiner. Those discussions are continuing, but the parties believe that they have sufficiently narrowed the factual disputes so as to moot the need for the *Fatico* hearing that is currently scheduled for August 13, 2024.

The parties hope to resolve the factual disputes in their entirety, but there may be limited areas of disagreement. The parties intended to submit by the end of this week either a joint letter or brief separate letters setting forth areas of agreement and, if relevant, areas of disagreement. The parties both believe that the Court would be well situated to resolve those disputes, if any, based on those letters and the existing record in this case.

Accordingly, the parties jointly request that the Court adjourn the *Fatico* hearing and to set this matter for sentencing on August 13, 2024 or such other date as may be convenient for the Court.

Respectfully submitted,


*/s/ Kelly B. Kramer*
Kelly B. Kramer
*Counsel to Dr. William Weiner*


CC: All Counsel of Record

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).