UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM WEINER,

                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As stated on the record today at the Defendant's sentencing, the determination of restitution is deferred to **October 18, 2024**. The Government will make any submission regarding restitution by **September 30, 2024**. The Defendant's response papers are due by **October 10, 2024**.

Dated: New York, New York
       September 19, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge