

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Kelly B. Kramer**
Partner
T: +1 202.263.3007
kkramer@mayerbrown.com

October 28, 2024

<u>**VIA ECF**</u>

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     <u>United States v. William Weiner</u>, 22 Cr. 19 (PGG)

Dear Judge Gardephe:

      We write on behalf of our client, Dr. William Weiner, requesting that the Court issue an order permitting Dr. Weiner to travel to his family time-share in St. Martin between December 7, 2024 and December 21, 2024. Dr. Weiner requested permission from the Probation Office, who informed him that travel to St. Martin requires an order from the Court granting permission.

      Dr. Weiner's counsel has conferred with the Probation Office and the Government and neither oppose the issuance of such an order granting Dr. Weiner permission to travel to St. Martin. Thus, Dr. Weiner respectfully requests that the Court issue an order granting him permission to travel to St. Martin between December 7, 2024 and December 21, 2024.

Respectfully submitted,

*/s/ Kelly B. Kramer*
Kelly B. Kramer
*Counsel to Dr. William Weiner*

CC: All Counsel of Record

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

Date: October 29, 2024

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).