UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

WILLIAM WEINER,
                Defendant.

**ORDER**

22 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In a September 30, 2024 letter, the Government contends that Defendant Weiner owes restitution to the Internal Revenue Service ("IRS") in the amount of $59,396. (Sept. 30, 2024 Govt. Ltr. (Dkt. No. 475) at 2)  In an October 10, 2024 letter, Weiner does not dispute that the IRS is entitled to restitution in this amount, but asserts that he has "already paid the IRS," citing four checks dated May 31, 2024, that he made payable to the United States Treasury. (Oct. 10, 2024 Def. Ltr. (Dkt. No. 480) at 3; Oct. 11, 2024 Def. Ltr., Ex. A (May 31, 2024 Checks) (Dkt. No. 482-1) at 2-5)  In an October 22, 2024 letter, the Government states that "the IRS rejected or refunded several of the checks" submitted by Weiner – including those submitted with the Defendant's October 10, 2024 letter – and that he should "write new checks [to the Internal Revenue Service] for the amounts set forth in the form 870" attached to the Government's October 22, 2024 letter. (Oct. 22, 2024 Govt. Ltr. (Dkt. No. 487) at 1-2)  The attached Form 870 does not clearly state what the Defendant's outstanding tax liability is,

however. Accordingly, by **November 13, 2024**, the parties will make a joint submission stating what Weiner's outstanding tax liability is, together with a proposed order of restitution.

Dated: New York, New York
       November 8, 2024

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge

2